# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Parsons Constructors & Fabricators, Inc. | ) ASBCA No. 59503 |
| | ) |
| Under Contract No. DAAA09-03-D-0023 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:   Kevin J. Slattum, Esq.
    Pillsbury Winthrop Shaw Pittman LLP
    Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Carol L. Matsunaga, Esq.
    Srikanti Schaffner, Esq.
    Trial Attorneys
    Defense Contract Management Agency
    Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59503, Appeal of Parsons Constructors & Fabricators, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals